UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | BANKRUPTCY NO. |
| **CHRIS JOHN DAVIS** | **19-12543** |
| | SECTION "A" |
| DEBTOR(S) | CHAPTER 13 |

## ORDER

On December 11, 2019, there came before the Court the Order for Chris J. Davis, Pro Se Debtor, to appear and Show Cause as to why this bankruptcy proceeding should not be dismissed for failure to remit the installment payment on the filing fee in the amount of $210.00 due October 18, 2019 **(P-29)**.

Present at the hearing:

Andrew Wiebelt, II, Chapter 13 Trustee

The debtor did not appear for the hearing;

The Court having considered the argument of counsel and the Court having granted the Chapter 13 Trustee's Motion to Dismiss this case;

**IT IS ORDERED** that the Court's Order to Show Cause is hereby **MOOT**.

New Orleans, Louisiana, December 11, 2019.

Meredith S. Grabill
U.S. Bankruptcy Judge