UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | BANKRUPTCY NO. |
| **CHRIS JOHN DAVIS** | **19-12543** |
| | SECTION "A" |
| DEBTOR(S) | CHAPTER 13 |

## ORDER

On December 11, 2019, there came before the Court the Order for Chris J. Davis, Pro Se Debtor, to appear and Show Cause as to why this bankruptcy proceeding should not be dismissed for failure to remit the installment payment on the filing fee in the amount of $210.00 due October 18, 2019 **(P-29)**.

Present at the hearing:

Andrew Wiebelt, II, Chapter 13 Trustee

The debtor did not appear for the hearing;

The Court having considered the argument of counsel and the Court having granted the Chapter 13 Trustee's Motion to Dismiss this case;

**IT IS ORDERED** that the Court's Order to Show Cause is hereby **MOOT**.

New Orleans, Louisiana, December 11, 2019.

Meredith S. Grabill
U.S. Bankruptcy Judge

United States Bankruptcy Court
Eastern District of Louisiana

In re:  
Chris John Davis  
      Debtor

Case No. 19-12543-MSG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 053L-2     User: admin     Page 1 of 1     Date Rcvd: Dec 11, 2019  
                        Form ID: pdf953     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2019.
```
db            +Chris John Davis,    139 Evelyn Ave,    Houma, LA 70363-5431
tr            +S. J. Beaulieu, Jr.,    433 Metairie Road,    Suite 307,    Metairie, LA 70005-4326
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust           +E-mail/Text: ustpregion05.nr.ecf@usdoj.gov Dec 11 2019 19:48:39      Office of the U.S. Trustee,
               400 Poydras Street,    Suite 2110,    New Orleans, LA 70130-3238
                                                                                             TOTAL: 1
```

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2019 at the address(es) listed below:
```
              Office of the  U.S. Trustee    USTPRegion05.NR.ECF@usdoj.gov
              S. J. Beaulieu, Jr.    ecf@ch13no.com
                                                                                             TOTAL: 2
```